**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

YARA ZAYNULLINA, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

PORTFOLIO RECOVERY ASSOCIATES, LLC

                Defendant.

Case No. 1:17-cv-04086-DLI-SMG

**NOTICE OF VOLUNTARY DISMISSAL WITH LEAVE TO REOPEN**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice; without costs, or disbursements, or attorneys' fees to any party.

We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated:    Brooklyn, New York
           August 10, 2017

                                            Respectfully submitted,

                                            By:  /s/ Joseph H. Mizrahi
                                            Joseph H. Mizrahi, Esq.
                                            Joseph H. Mizrahi Law, P.C.
                                            337 Avenue W, Suite 2f
                                            Brooklyn, New York 11223
                                            Phone:    (347) 927-4529
                                            Facsimile: (347) 665-1545
                                            *Attorney for Plaintiff*